IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC DEFEO,<br><br>	*Plaintiff,*<br><br>v.<br><br>WARD TRANSPORT & LOGISTICS CORP., *doing business as* WARD TRUCKING,<br>	*Defendant.* | CIVIL ACTION<br><br>NO. 23-1560 |

### ORDER

**AND NOW**, this 29th day of August 2023, upon consideration of the parties' Proposed Pretrial Order Approving the Settlement Agreement (ECF 21) and consistent with the accompanying Memorandum of Law, it is hereby **ORDERED** that the settlement agreement is **APPROVED** and Plaintiff's claims are **DISMISSED with prejudice.**[1]

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] The Court retains jurisdiction over any disputes pertaining to enforcement of the settlement agreement.